# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D23-0037
5D23-0038
LT Case Nos. 2017-CF-003194
2017-CF-006226

_____

JOHNATHAN LLOYD SUMMERS,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Duval County.
Gilbert L. Feltel, Jr., Judge.

Jessica Yeary, Public Defender, and Justin Karpf, Assistant
Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Michael Schaub, Assistant
Attorney General, Tallahassee, for Appellee.

September 5, 2023

PER CURIAM.

 AFFIRMED.

WALLIS, JAY, and BOATWRIGHT , JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____